Lonnie Murrill sid#1566583 im#435130
18701 Roxbury RD
Hagerstown, MD 21746

AUG 7 2017
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                                    DEPUTY

The Clerk of The Court
101 W. Lombard St
Baltimore, MD 21201

Urgent: on 2-16-15..

5-16-16

RE: Where do I send my complaint to? I was told to 501 E.Fayette St. Balto., MD etc..etc..etc..
I sent you a copy but received a court case # from them, but now they say there's no date.
I need direction & help.

DKC-17-2255

7-31-17

Dear Court Clerk,

I am very confused & there is no one that can direct right within the required time. I have sent you my complaint forms but only received more un understood request. Could you be frank with what I have to do. In here everybody is a jail house lawyer. And the Library can't help us unless we know exactly where to look. They told me to send my claim to 501 E.Fayette & not you guys. I had a set court date. But in waiting for it I've wasted time. I had my people check to make sure everything is in order & they explained that they have no set dates nor did they receive any correspondence from us/me! I have bar coded paperwork with my Ct.Date 2verify what can't B found.

At Baltimore City Detention Center, the one that was closed down:

I had received 30 years with no chance for parole for a murder that I didn't commit. Their star witness is a gang member that lied about everything & I paid over $100,000 from my military trust fund and my lawyers never even hinted to the jury that their witness is not trust worthy. Neither did they cross examine him nor any one else. All they did was tell the jury that I have documented PTSD. You can see want good that did me!

After receiving time, I was told that I had to be taken out of population & put on Ad-Min [Administrative protection], but because they had no bed space they put me on active lock-up with someone that hadn't been to court yet for his charges. He was very dangerously strange. He claimed to support Isis. He started trouble between me & the bloods because the person I allegedly killed was a Blood Gang Member so he broadcasted that to other bloods that I was going to snitch on the real killer.

First he acted like a Rastiffarian & quoted scriptures from the bible. He said that he too like me was an ordained minister. And to feel free to get on my knees & pray to my God. Well, when he started quoting from the Koran & trying to debate the bible, our friendship fell apart. Well, one morning around 4 o'clock in the morning, I was on my knees praying. Well to make what happened short was that I woke up on my back as he was stomping my face, neck, back, body & limbs...He literally was trying to kill me. He broke my neck & damaged my spine for evermore.

I need to know where do I send this complaint to? Can you help direct me, no one else here really knows.

Sincerely,

# DISTRICT COURT OF MARYLAND FOR

501 E. FAYETTE STREET
BALTIMORE, MD 21202

**CASE NO.** CV

**PARTIES**

Plaintiff: LONNIE K. MURRILL 1566583/435130
18701 ROXBURY ROAD (RCI)
HAGERSTOWN, MD 21746

vs.

Defendant(s):
1. OTIS MERRITT, WARDEN BCDC
901 GREENMOUNT AVE.
BALTIMORE, MD 21202

Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

## COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

☐ $5,000 or under  ☐ over $5,000  ☒ over $10,000

Clerk: Please docket this case in an action of ☒ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:
On 02/16/2015 under W.Otis Merritt @ BCDC, plaintiff's neck was broken because he was improperly put on lock up instead of Ad-man (because he was given time) by inmate Joel Santiago Sid#2653174. Plaintiff was owed proper care & safety.

(See Continuation Sheet)

The Plaintiff claims $ 6 Million, plus interest of $ _____. Interest at the ☐ legal rate ☐ contractual rate calculated at ___ %, from _____ to _____ ( ___ days x $ ___ per day) and attorney's fees of $ _____ plus court costs.

☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Printed Name: Lonnie Murrill
Address:
Telephone Number:
Fax:
E-mail:

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury, that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____ Date _____ Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____ Date _____ Signature of Affiant

DC-CV-001 (front) (Rev. 01/2016)    Print Date (01/2016)

CERTIFICATE OF SERVICE

I hereby certify that on this 31 day of July, 2017, a copy of this Request, was mailed, postage prepaid, to The Clerk of the Court 101 W. Lombard St Balto Md 21201

And also to District Ct. of MD for Balto. City 501 E. Fayette St. Balto, Md 21202-4092

Signed ______________________________