# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Lonnie Murrill Sid#1566583 Im#435130

18701 Roxbury RD [RCI]

Hagerstown, MD 21746

\*

\*

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Baltimore City Detention Center [BCDC]  \*

901 Greenmount Ave.

Baltimore, MD 21202

\* Serve on Resident Agent: Otis Merritt, BCDC Warden
\*

*(Full name and address of respondent)*
**Defendant(s).**

FILED
LOGGED

SEP 27 201?

AT BALTIMORE
CLERK, U.S. DISTRICT C
DISTRICT OF MARYL

BY

24C17001770 ?
&
Case No.: Civil Action No.DKC-17-2255 ?
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐    NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

     1. Parties to the other case(s):

       Plaintiff: _____

       Defendant(s): _____

     2. Court (if a federal court name the district; if a state court name the city or county):

       _____

Instructions&Form1983 (06/2016)

Page 6 of 13

3. Case No.: ~~Civil Action No.DKC-17-2255~~

4. Date filed: ~~8-28-17~~

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☒   NO ☐

1. If you answered YES:

   a. What was the result? It was denied; there is no more BCDC, it closed down. They claim not enough sufficient evidence...in a timely manner. I was put into a prison hospital for over 8 months to heal.

   b. Did you appeal? yes,

   YES ☒   NO ☐

2. If you answered NO to either of the questions above, explain why: _____

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 02/16/2015, under Warden Otis Merritt @ BCDC, Plaintiff's neck was broken - a complete non-union of type II odontoid fx, because I (plaintiff) was improperly put on lock-up instead of Ad-Man [because I was given time] because they had no beds open. Joel Santiago Sid#2653174, whom claimed to be an Isis sympathizer attacked me while I was on knees praying.

Instructions&Form1983 (06/2016)                    Page 7 of 13

IV. Relief
(State briefly what you want the Court to do for you.)

I need them to pay as much as they can because my life will always be in pain & extreme paranoia will always be there, & causing more legal problems & upcoming arrests. I'm paranoid schizophrenic to the 3rd power! I need at least 3 million dollars. My court costs last year averaged over $200,000.00, & I am innocent! I am the one wolves love to attack & try to kill. But I'm a trained soldier afraid for my life!

SIGNED THIS __20__ day of __September 2017__, ____2017____.

*Signature of Plaintiff*

Lonnie Murrill   1566583/435130
Printed Name

18701 Roxbury RD, Hagerstown, MD 21746

Address

Proxy: Renold Bowels 443-449-0815
Telephone Number

elkaphriii@GMail
Email Address

Typed at Library

In The United States District Court
For The District of Maryland

Lonnie Murrill DOB 7/17/70
Sid# 1566583 Im# 435130
18701 Roxbury RD [RCI]
**PLAINTIFF,**

V.

Case No.: 24C17001770 C.A.#DKC-17-2255?

Baltimore City Detention Center
901 Greenmount Ave. [BCDC]
Baltimore, MD 21202

    Serve on Resident Agent: Warden Otis Merritt
**DEFENDANT(S).**

    <u>Complaint for Negligence Due to Premise Liability (Housing Arrangement)</u>

    Come now I the **plaintiff**, Lonnie Murrill, pursuant to Maryland tort claims Act.Sec.12-106 of the State goverment article, Moves this Honorable Court to order defendant to compensate plaintiff financially in the amount of $50 million in damages due to defendant's negligent in the above captioned matter for reasons stated as follows;

    That the defendant owed plaintiff with ordinary & reasonable care, safekeeping, & custody especially after being given time & supposed to have been taken out of current detention population. Because the defendant failed to confine inmate **Joel Santiago**, assaulted & injured injured plaintiff inside shared cell on 02/16/2015 [on lock up], at the BCDC facility while plaintiff was bowing down on knees praying. Plaintiff was immediately evacuated to the Baltimore Shock Trauma Pavilion for treatment in three days with medical record number 1466099. Plaintiff was rendered unconscious for several hours due to severe injuries. The plaintiff suffered permanent injuries in his neck & spinal cord due to defendant's - inmate Satiago carelessness & BCDC's also carelessness of putting plaintiff on lock up with him & not on Ad-Man where he supposed to have been put on. However, after plaintiff was released from the Baltimore Shock Trauma pavilion, BCDC immediately transferred plaintiff from the treatment facility to Maryland Division of Correction to avoid bearing plaintiff's injury liability. No administrative remedy was adjudicated at BCDC.

Because of defendants' carelessness, plaintiff suffered permanent injuries mentioned above, depression disorder, PTSD, & psychological torture, especially since he knows that he is innocent of the crime that hurtfully incarcerated him unjustly with 30 years without the possibility of parole! The plaintiff therefore, request that the defendant financially compensate plaintiff in the amount of $50 million, due to defendant's inmate Santiago, a professed Isis sympathizer terroristic desires to kill & for BCDC not caring for the safety of someone they were instructed to protect because he was already given time.

Wherefore, premise considered herein above, the plaintiff respectfully requests that this Honorable court order (BCDC) to compensate plaintiff with $50 million, in damages in the above-captioned matter due to defendant's negligence & severe damages that will always effect plaintiff.

Sincerely,

Lonnie Murrill

Signed: _____ Date: 05/04/15
Name Lonnie K. Murrill, DOC#435130 Sid#1566583

Assisted by Dr. Ndokey Enow, Doc#435845

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Lonnie Murrill Sid#1566583 Id#435130

18701 Roxbury RD [RCI]

Hagerstown, MD 21746

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

BCDC ~~Baltimore, MD 21746~~
~~Baltimore, MD 21746~~

Baltimore City Detention Center
901 Greenmount Ave.
Baltimore, MD 21202   Serve on Resident Agent: Otis Merritt, BCDC's Warden

*(Full name and address of defendant)*
**Defendant(s).**

Case No.: 24C17001770 ?
Civil Action No. DKC-17- 2255 ?
*(Leave blank. To be filled in by Court.)*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017,
a copy of 1983 (06 2016)
was mailed via first class mail, postage prepaid, to 101 W. Lombard St
Baltimore, MD 21201

_____
Signature of Plaintiff

Lonnie Murrill
Printed Name

18701 Robury RD [RCI]
Address

Hagerstown, MD 21746
Telephone Number
Proxy: Reynold Bowels 443-449-0815

Email Address
elkaphriii@GMail