IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LONNIE K. MURRILL                 :

                                  :

   v.                             :   Civil Action No. DKC 17-2255

                                  :

OTIS MERRITT, WARDEN, et al.      :

                                  :

**MEMORANDUM OPINION**

Defendant Hickson filed a motion for reconsideration on November 16, 2020, seeking clarification of the court's order issued on November 6, 2020. (ECF No. 110). Specifically, the court's memorandum opinion states that Plaintiff's claims asserted against Defendant Hickson in count 2 of the third amended complaint would be dismissed, but the Order erroneously stated that Defendant Hickson's motion to dismiss was denied in its entirety. The Order should have indicated that the motion was granted in part and denied in part; and that Plaintiff's claims asserted in count 2 of the third amended complaint were dismissed. An amended order will be issued pursuant to Fed.R.Civ.P. 60(a).

                                         /s/
                            DEBORAH K. CHASANOW
                            United States District Judge